UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIL, GOTSHAL & MANGES, LLP<br><br>Petitioner,<br><br>v.<br><br>DOUGLAS S. CHABOT and COREY M. DAYTON,<br><br>Respondents. | No. 20 Misc. _____<br><br>**ORAL ARGUMENT REQUESTED** |

**PETITIONER WEIL, GOTSHAL & MANGES LLP'S
NOTICE OF MOTION TO QUASH NON-PARTY SUBPOENA**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Caroline Zalka, the exhibits annexed thereto, and oral argument on a date and at a time to be set by the Court, Petitioner Weil, Gotshal & Manges LLP ("Weil") hereby moves this Court for an order pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure quashing the non-party subpoena served on Weil by Respondents S. Chabot and Corey M. Dayton, issued in the action captioned *Chabot et al. v. Walgreens Boots Alliance, Inc. et al.*, No. 18-cv-2118-JEJ-KM, currently pending in the United States District Court for the Middle District of Pennsylvania.

Dated: December 10, 2020
      New York, New York

Respectfully submitted,

s/ *Jonathan D. Polkes*
Jonathan D. Polkes
Caroline Hickey Zalka
Seth Goodchild
Justin D. D'Aloia
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Petitioner Weil, Gotshal & Manges LLP*